IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: :
        Case No. 10-35586
    INFANTO, VICTOR P. :     Chapter 7
    WARD, LILY K.     Judge Lawrence S. Walter
                                     :
        Debtors.

## NOTICE OF TRUSTEE'S PROPOSED SALE/DISPOSITION OF TANGIBLE PERSONAL PROPERTY TO DEBTORS AND OPPORTUNITY TO OBJECT

As set forth below, the Trustee proposes to sell and or dispose to the Debtors certain tangible personal property.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Trustee's proposed action, or if you want the Court to consider your views on the Trustee's proposed action, then on or before Twenty One (21) days from the Date of Issuance set forth below, you or your attorney must file a written response in accordance with the Court's local rules and filing procedures.

    The Clerk of Court's address is: U.S. Bankruptcy Court Clerks Office, 120 W. Third Street, Dayton, OH 45402.
    Copies of the Court's Administrative Procedures for electronic court filings can be found at the following website: http://www.ohsb.uscourts.gov

You must file the response early enough so the Court will **receive** it on or before the date stated above.

You must also either electronically serve John Paul Rieser through the court's ECF System or mail a copy to John Paul Rieser at the following address:     John Paul Rieser
                                                                     7925 Graceland Street
                                                                     Dayton, OH 45459-3834

If you or your attorney do not take these steps, the Trustee will take the proposed action without further notice and report the details thereof on the Final Report in this case.

**October 11, 2011**                                                                                      **/s/ *John Paul Rieser***

Date of Issuance                                                                                    John Paul Rieser, Esq.

## NOTICE OF PROPOSED SALE /DISPOSITION

Now comes John Paul Rieser, the duly appointed and acting Chapter 7 Trustee in the above captioned case and hereby gives notice pursuant to 11 U.S.C. §§ 363, 554, and 725 that a disposition of tangible personal property will be made to the Debtors in exchange for non-exempt equity, as determined by the Trustee and agreed to by the Debtors.

The property at issue is a 2006 Kia Amanti("Vehicle") scheduled by the Debtors. The Debtors scheduled the value of the Vehicle as $8,400.00. The Trustee determined the value of the Vehicle to be $10,550 based on the average of the NADA rough trade in value ($8,350.00) and the NADA clean retail value ($12,750.00). From this value, the Trustee deducted (1) Debtors' exemptions pursuant to O.R.C. § 2329.66 (A)(2) and (18) in the amount of $5,750.00; (2) the average cost of sale amount of $300.00[1]. The non-exempt equity owed to creditors for the Vehicle is $4,500.00 and the Debtors have agreed to pay this amount to the Trustee. The Trustee believes that disposing of the Vehicle by permitting the Debtors to "buy out" the non-exempt equity herein will produce a net certain recovery to creditors equal to or greater than that which would be obtained from selling the Vehicle at auction or by alternative disposition methods, which have greater transaction costs, take longer, and have no certainty as to result.

**WHEREFORE,** the Trustee now notices creditors and all parties of interest that unless an objection to this Notice is timely filed and served, the Trustee will finalize this proposed disposition as permitted by the Bankruptcy Code, Rules and Local Bankruptcy Rules.

---

[1] This condition adjustment is based on Trustee's experience in selling vehicles at auctions in the current market environment.

Respectfully yours,

**/s/ *John Paul Rieser***
John Paul Rieser, Trustee
Rieser & Associates LLC
7925 Graceland Street
Dayton, OH 45459-3834
Phone: (937) 224-4128, Fax: (937) 224-3090
E-mail: tecfdesk@rieserlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF TRUSTEE'S PROPOSED SALE/DISPOSITION OF TANGIBLE PERSONAL PROPERTY TO DEBTORS AND OPPORTUNITY TO OBJECT** was served this 11th day of October, 2011, on the parties in interest listed on the attached matrix. All parties listed on the attached matrix were served by regular U.S. mail, postage prepaid, with the following exceptions:

(1) The Trustee is not serving the United States Bankruptcy Court by regular mail because the United States Bankruptcy Court will receive electronic notice of this filing.
(2) A creditor who is listed by name only, with no mailing address, is <u>not</u> being served with this document. The Trustee is not serving a copy to creditors who have no mailing address listed on the matrix because it is obvious that the Post Office cannot and will not deliver mail without an address, and it would be a waste of estate resources to attempt such delivery. The Trustee will provide a copy of this document or pleading to such creditors upon request from the creditors not receiving service.
(3) The following parties are not being served by regular mail because they will receive notice of this filing by the court's electronic ECF system:

      Asst US Trustee (Day) USTPRegion09.CB.ECF@usdoj.gov

      Scott A Kramer scottakramer@sbcglobal.net


**/s/ *John Paul Rieser***
_____

John Paul Rieser [lrs/780]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-3<br>Case 3:10-bk-35586<br>Southern District of Ohio<br>Dayton<br>Thu Oct  6 12:16:06 EDT 2011 | HSBC Bank Nevada, NA<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 | Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, Fl 33131-1605 |
| United States Bankruptcy Court<br>120 West Third Street<br>Dayton, OH 45402-1872 | Asst US Trustee (Day)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | CHASE<br>900 STEWART AVE<br>GARDEN CITY, NY 11530-4891 |
| Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Citi Mortgage, Inc.<br>P.O. Box 7706<br>Springfield, OH 45501-7706 |
| Creditors Interchange<br>P.O. Box 2270<br>Buffalo, NY  14240-2270 | Far Hills Accounting Services, LLC.<br>2600 Far Hills Ave, Ste. 110<br>Dayton, OH 45419-1699 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382-9009 |
| Fifth Third Bank<br>PO Box 740789<br>Cincinnati, OH  45274-0789 | Keith D. Weiner & Associates Co., LPA<br>Scott W Paris/Paul K Rode, Esq.<br>75 Public Square, 4th Floor<br>Cleveland, OH 44113-2001 | Montgomery County Treasurer<br>451 West Third St.<br>Dayton, OH 45422-1000 |
| National Action Financial Services,<br>165 Lawrence Bell Dr Ste 100, PO Box 902<br>Williamsville, NY 14231-0902 | PNC Bank<br>P.O. Box 747032<br>Pittsburgh, PA  15274-7032 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| United Recovery Systems<br>P.O. Box 722929<br>Houston, TX  77272-2929 | Verizon Wireless<br>777 Big Timber Road<br>Elgin, IL 60123-1401 | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 |
| John Paul Rieser<br>7925 Graceland Street<br>Dayton, OH 45459-3834 | Lilly K Ward<br>333 E. Franklin St<br>Centerville, OH 45459-5709 | Scott A Kramer<br>2275 Miamisburg-Centerville Road<br>Suite 400<br>Dayton, OH 45459-3816 |
| Victor P Infanto<br>333 E. Franklin St<br>Centerville, OH 45459-5709 | End of Label Matrix<br>Mailable recipients    24<br>Bypassed recipients     0<br>Total                  24 | |